1040

[No. 41681-6-II. Division Two. February 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ELISEO CAMPOS, *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 28050-1-III. Division Three. February 28, 2012.]

*In the Matter of the Personal Restraint of* JOHN FRANCIS FARRELL, JR., *Petitioner*.

*Granted* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 29670-9-III. Division Three. February 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JAMES ASHTON, *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 41289-6-II. Division Two. February 29, 2012.]

DEE ANN STILES ET AL., *Appellants*, v. GERALD KEARNEY, *Respondent*.

*Affirmed* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ. Now published at 168 Wn. App. 250.